FRED ZETTLER, Respondent, *v.* ANDREW J. M. REICH, Appellant.

Argued October 3, 1939; decided October 17, 1939.

*Michael A. Hayes* and *William J. McArthur* for appellant.
*George J. McDonnell* and *Charles A. Lebett* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.